# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# SERPA

**Reg. No. 4,058,597**

**Registered Nov. 22, 2011**

**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: FIREARM ACCESSORIES, NAMELY, HOLSTERS, HOLSTERS INCORPORATING HANDGUN LOCK, PISTOL HOLSTERS, HOLSTER BELTS, DUTY BELTS FOR HOLDING FIREARMS AND AMMUNITION, SHOULDER HARNESSES, LEG-MOUNTED HARNESSES, LEG-MOUNTED HOLSTERS, SLINGS FOR FIREARMS, STRAPS FOR FIREARMS, SCOPE COVERS FOR FIREARMS, POUCHES, PACKS AND CARRIERS FOR CARTRIDGES, AMMUNITION AND AMMUNITION MAGAZINES; CASES FOR ARMOR AND WEAPONS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 2-0-2004; IN COMMERCE 2-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,195,367.

SEC. 2(F).

SER. NO. 85-142,032, FILED 9-30-2010.

NAPOLEON SHARMA, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,980,606**

**Registered Feb. 11, 2020**

**Int. Cl.: 13**

**Trademark**

**Principal Register**

Vista Outdoor Operations LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1 Vista Way
Anoka, MINNESOTA 55303

CLASS 13: Hand-operated lever featuring a locking and release mechanism for securely retaining and releasing a handgun in or from a holster sold as a structural component part of a holster

FIRST USE 1-31-2004; IN COMMERCE 1-31-2004

The mark consists of a three-dimensional configuration of the goods in the nature of a handgun retention and release system for a holster comprising an L-shaped lever featuring an engagement or locking end on one side for securely retaining a handgun in a holster and a quick-release button on the opposite side for releasing a handgun from a holster. The outline of the holster is shown in broken or dotted lines as it is not claimed as a feature of the mark.

SEC.2(F)

SER. NO. 87-945,268, FILED 06-01-2018



Director of the United States
Patent and Trademark Office

